Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

FILED - USDC -NH
2022 MAR 8 PM4:45

| | | |
|---|---|---|
| Kimberly McCormick | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) | |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| –v– | ) | |
| | ) | |
| Town of Wakefield NH & | ) | |
| The Estate of Brenda T. Beckwith | ) | |
| Richard J. Beckwith Jr. (Rep.) | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Kimberly McCormick | | |
| Address | 303 North Wakefield Rd. | | |
| | Wakefield | NH | 03872 |
| | *City* | *State* | *Zip Code* |
| County | Carroll County | | |
| Telephone Number | 978-888-4583 | | |
| E-Mail Address | | | |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Town of Wakefield | | |
| Job or Title *(if known)* | Mark Duffy (selectman) | | |
| Address | 2 High St. | | |
| | Sanbornville | NH | 03872 |
| | *City* | *State* | *Zip Code* |
| County | Carroll County | | |
| Telephone Number | 603-522-6205 ext. #317 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity        ☑ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | The Estate of Brenda T. Beckwith | | |
| Job or Title *(if known)* | Richard J. Beckwith, Jr. (Representative) | | |
| Address | 566 Boston Rd. | | |
| | Billerica | MA | 01821 |
| | *City* | *State* | *Zip Code* |
| County | Middlesex County | | |
| Telephone Number | 978-667-2757 | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity        ☐ Official capacity

Defendant No. 3

  Name

  Job or Title *(if known)*

  Address

        *City*      *State*    *Zip Code*

  County

  Telephone Number

  E-Mail Address *(if known)*

    ☐ Individual capacity  ☐ Official capacity

Defendant No. 4

  Name

  Job or Title *(if known)*

  Address

        *City*      *State*    *Zip Code*

  County

  Telephone Number

  E-Mail Address *(if known)*

    ☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  4, Unreasonable search and seizures x 2 also Tort. 6, The act of wrongfully taking. 7, The right for Jury trial. 8, Excessive bail. 14, Due process of law.
  Beckwith - Extortion
  Larceny both Town of Wakefield and Beckwith

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1. RSA 80 not notifying all owners of property of late taxes.
2.Property was 3.5 acres and was paying taxes on what the deed was written as. Loss of 2.2 acres when Town of Wakefield Tax Deed at 1.3 also when auctioned. Auctioned off at 1.3.
3.Police perjury, police burglary, Title 18 Code 667- Theft of livestock, wrongful search and seizure and false arrest. Larceny. Beckwith with Extortion and Larceny

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

     2 properties in Wakefield NH
     Route 16 White Mountain Highway Wakefield, NH 03872
     303 North Wakefield Rd. Wakefield, NH 03872 AKA (95 Old Farm Rd.)

B.     What date and approximate time did the events giving rise to your claim(s) occur?

     From 2013 through 2021

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

     The Town admit that they did not notify all owners of the property of late taxes. When property was taken by Town deed only 1.3 acres was deeded not the 3.5? Beckwith did not tell McCormick the money that McCormick was giving to Beckwith for both properties she was not paying the taxes on one of them? Beckwith then cleaned out McCormick's money from the bank account in both names and closed the account without McCormick's knowledge.

In Superior Civil Court mediation was put on hold but never performed, and McCormick's lawyer past away. McCormick filed in Supreme court after appealing the judge's decision.

McCormick a resident of Massachusetts was served a restraining order after Beckwith sent her son Brian Beckwith, McCormick's half brother from Maine to extort the other property from McCormick and severely beating Jason McManus, McCormick's fiance at McCormick's trailer.

III. Statement of Claim

C. Continued

McCormick and McManus were due in court after both being served.

McCormick was on time but McManus was a little late because McCormick's case was after McManus but McManus did call to tell them someone slashed McCormick's tires they will be late, they granted the order and without hearing McManus and McCormick's testimony, they both were served at the court by Sheriff and both filed out a Motion for Reconsideration.

7 days later the Wakefield Police whited out only McCormick's order and went to reserve the order demanding to be let in for search. She asked if they had a search warrant and they said they do not need one.
McCormick told them she did not want to let them in. Her fiancé McManus that was a resident at her property told them he did not want the police in also, they told him they would arrest him too. Against his will and the owner's will he let them in, in fear to be arrested also?

They took BB guns, BB's, an ax, ammunition, and 2 pocket knifes all not McCormick's since she did not live there. McCormick was held without bail for a week until given the information on the other BB guns in storage; again not hers but McManus's sons. Nashua Police officer Corey Gobbi, #61 was not happy with Wakefield taken up there time and wrote a statement that she was not in violation of any orders.

Also, McCormick had to give a statement to the Supreme Court on her other property that was taken by the same town on the same day she was let out of jail June 24th.

Also on 1/31/2019 the Police lied to the SPCA and told them McCormick was evicted and broke into her shed and had the SPCA drive from Stratham NH to take her livestock from her property, SPCA Manager Steven Sprowl gave McCormick a copy of the Investigation Report of McCormick's so called eviction.

McCormick has all documentation.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

McCormick being handicapped and disabled now has a new spinal cord injury from when the Wakefield Police man handled her and hurt her when she was arrested and sent to the hospital.

The hospital took a MRI and X-Ray that shows the new spinal cord injury.

In jail she was deprived her medication and was painfully detoxing. The Warden was at one time going to take her once again to the hospital because her pain was sending her heart into arrhythmia that could kill her.

McCormick had an operation in November 2021 on her spinal cord and now is getting steroid injections in her spinal cord.

McCormick has had so much depression between the Town of Wakefield and the family of the Beckwith's she has been put on depression medication, has been diagnosed with ulcer's and has problems sleeping at night.

McCormick is also taking medication for her pain.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

The Town of Wakefield be liable for the property that was taken at 1.3 that was Beckwith and McCormick's deed at 3.5. The Town Assessed 1.3 at $274,100 Total $822,300 - $24,143.03 from auction sale funds (McCormick). - $24,143.03 (Beckwith) = $774,013.94 + $25,000 for back pain injury and $25,000 for back pain suffering = $824,013.94 + (Town of Wakefield in the future pay for any problems that McCormick's vertebrate that may arise). + loss of life while falsely put in jail, emotional distress/inhumane detoxing from prescription medication $40,000 + loss of life for James McCormick that died on June 1, 2020 when McCormick should have driven her fathers first diagnosis of MDS $20,000 = $884,013.94 + Taking of livestock, emotional distress/malicious wrongdoing/loss of economic monies $5,000 per animal (12) + $60,000 = 944,013.94 + damages to the shed door $1,004.56 = $945,018.50 + drafted check to 1 owner Beckwith, half should have gone to the other owner McComick at $1613 half to McCormick $806.50 = $945,018.50 + attorney fees for orders/assault $6,488.33 (can increase still ongoing) = $951,506.83

The Estate of Brenda T. Beckwith to pay Kimberly McCormick $24,143.03 for the amount that she collected wrongfully for not paying the taxes, McCormick gave Beckwith for taxes $11,512.43 = $35,655.46 attorney fees $9,200 = $44,655.46 + pain suffering, emotional stress $50,000 = $94,655.46
Kindly request the court if McCormick can obtain an attorney that the fees be equally collected by both Defendant's to pay her attorney fees.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3/7/2022

Signature of Plaintiff

Printed Name of Plaintiff    Kimberly McCormick

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____