```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Kimberly McCormick

       v.                                  Case No. 22-cv-87-LM-AJ

Wakefield, NH, Town of et al.

## JUDGMENT

In accordance with the following, judgment is hereby entered:

(1) Order by Chief Judge Landya B. McCafferty dated September 22, 2023;

(2) Order by Chief Judge Landya B. McCafferty dated May 9, 2024, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 22, 2024; and

(3) Order by Chief Judge Landya B. McCafferty dated October 1, 2024 approving the Report and Recommendation of Magistrate Judge Andea K. Johnstone dated August 28, 2024.

                                         By the Court:

                                         /s/ Daniel J. Lynch
                                         Daniel J. Lynch
                                         Clerk of Court

Date: October 1, 2024

cc: Counsel of Record